UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BH SERVICES, INC. for Itself as Sponsor and Fiduciary and for the BH SERVICES, INC. HEALTH AND BENEFIT PLAN, | Case No. 5:16-CV-0545-JLV |
| Plaintiffs, | |
| v. | **NOTICE OF UNOPPOSED EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |
| FCE BENEFIT ADMINISTRATORS, INC., TRUST MANAGEMENT SERVICES, ACEC MW and TRANSAMERICA LIFE INSURANCE COMPANY, | |
| Defendants. | |

Defendant Transamerica Life Insurance Company, by and through Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, gives notice of an unopposed extension of time to answer or otherwise respond to the First Amended Complaint in this matter pursuant to LR 12.1. Plaintiffs' attorney has agreed that the time for this Defendant to answer or otherwise respond to the First Amended Complaint may be extended to January 20, 2017.

Dated: December 29, 2016.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By:  /s/ Rebecca L. Mann
Rebecca L. Mann
*Attorneys for Defendant Transamerica Life Insurance Company*
506 Sixth Street
P.O. Box 8045
Rapid City, SD  57709
Telephone: (605) 342-1078
Telefax:  (605) 342-9503
E-mail:  rmann@gpna.com