**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| BH SERVICES INC., <br> For itself as Sponsor and Fiduciary <br> and for the BH SERVICES, INC. <br> HEALTH AND WELFARE PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> FCE BENEFIT ADMINISTRATORS <br> INC., TRUST MANAGEMENT <br> SERVICES, ACEC MW, <br> TRANSAMERICA LIFE INSURANCE <br> COMPANY, AND INEICH & <br> COMPANY, LLP, <br><br> Defendants. | Case No. 16-5045-JLV <br><br> **PLAINTIFFS' NOTICE OF FILING AFFIDAVIT OF SERVICE** |

COME NOW Plaintiffs, BH Services, Inc., for itself as sponsor and fiduciary and for the BH Services, Inc. Health and Welfare Plan, and file this Notice of Filing Affidavit of Service of summons on Defendant, ACEC MW. The Affidavit of Service is attached hereto as Exhibit "A."

Respectfully submitted,

BANGS, McCULLEN, BUTLER, FOYE
& SIMMONS, L.L.P.

By:   */s/ Jeffrey G. Hurd*
        Jeffrey G. Hurd
        (jhurd@bangsmccullen.com)
        333 West Boulevard, Suite 400
        P.O. Box 2670
        Rapid City, SD  57709
        Telephone: 605-343-1040
        Facsimile: 605-343-1503

        Anthony L. Vitullo
        Texas State Bar No. 2059550
        Jon D. Azano
        Texas State Bar No. 24031835
        FEE, SMITH, SHARP & VITULLO, LLP
        Three Galleria Tower
        13155 Noel Road, Suite 1000
        Dallas, TX 75240
        (972) 934-9100 Telephone
        (972) 934-9200 Facsimile
        lvitullo@feesmith.com
        *Pro Hac Vice*

        and

        John L. Malesovas
        Texas State Bar No. 12857300
        MALESOVAS LAW FIRM
        1801 S. Mopac Expressway, Suite 320
        Austin, TX 78746
        (512) 708-1777 Telephone
        (512) 708-1779 Facsmile
        john@malesovas.com
        *Pro Hac Vice*

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Western Division of South Dakota, using the electronic case filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Any other attorneys of record have been served by U.S. first class mail, postage prepaid, in accordance with the Federal Rules of Civil Procedure.

Jeana L. Goosman
Marie H. Ruettgers
Goosmann Law Firm, PLC
5010 South Minnesota Avenue
Sioux Falls, SD  57108
*605-275-2039 Facsimile*
RuettgersM@goosmannlaw.com
GoosmannJ@goosmannlaw.com
***Attorneys for Defendant, FCE Benefit Administrators, Inc.***

Marc Andrew Koonin (*Pro Hac Vice*)
Robert Douglas Eassa (*Pro Hac Vice*)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
*415-781-2635 Facsimile*
marc.koonin@sedgwicklaw.com
christine.williams@sedgwicklaw.com
***Attorneys for Defendant, FCE Benefit Administrators, Inc.***

Rebecca L. Mann
Gunderson, Palmer, Nelson & Ashmore, LLP
506 Sixth Street
P.O. Box 8045
Rapid City, SD  57709
*605-342-9503 Facsimile*
rmann@gpna.com
***Attorneys for Defendant, Transamerica Life Insurance Company***

                                                                                                         */s/ Jeffrey G. Hurd*