# AFFIDAVIT OF SERVICE

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

Case Number: CIV. 16-5045-JLV
Date Filed:

**Plaintiff:**
BH Services, Inc., for itself as Sponsor and Fiduciary and for the BH Services, Inc. Health and Welfare Plan
vs
**Defendant:**
FCE Benefit Administrators, Inc., Trust Management Services, ACEC MW and Transamerica Life Insurance Company

Received on **12/15/2016** to be served on **ACEC MW c/o Hugh Cannon, Executive Director, 1856 Old Reston Road, Suite 205, Reston, VA 20190.**

**Robert Kendall,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **12/20/2016** at **3:59 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S FIRST AMENDED COMPLAINT** on **ACEC MW c/o Hugh Cannon, Executive Director** at **1856 Old Reston Road, Suite 205, Reston, VA 20190** in the manner indicated below:

By delivering a true copy of each to and leaving with **Hugh Cannon, Executive Director** who stated he/she is authorized to accept service on behalf of the corporation.

**Description:**
Gender: **Male**   Race/Skin: **White**   Age: **40 - 50 Yrs.**   Weight: **191-220 Lbs.**   Height: **6ft 1in - 6ft 3in**   Hair: **Red**
Glasses: **No**   Other:

Served at following GPS coordinates, Lat: 38.95692 Long: -77.35277

Subscribed and Sworn to before me on 12/21/2016.

Cierra L. Harris
My Commission Expires: 1/31/2020
Registration Number 7703663
Commonwealth of Virginia, County of Fairfax

X_____
**Robert Kendall**
Job #: 169815
Client File # 349-0514

EXHIBIT A

Special Delivery Service, Inc. 5470 L.B.J. Freeway Dallas, TX 75240